**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JAMES K. MACK, SR., | ) | |
| Petitioner, | ) | 2:16-cv-00118-GMN-GWF |
| vs. | ) | **ORDER** |
| BRUCE STROUD, | ) | |
| Respondents. | ) | |

Petitioner has submitted an application to proceed *in forma pauperis* and a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. The court finds that petitioner is able to pay the full filing fee of five dollars ($5.00).

**IT IS THEREFORE ORDERED** that the application to proceed *in forma pauperis* (ECF No. 1) is DENIED. Petitioner shall have **thirty (30) days** from the date that this order is entered to have the filing fee of five dollars ($5.00) sent to the clerk of the court. Failure to comply will result in the dismissal of this action.

**IT IS FURTHER ORDERED** that the clerk of the court shall send petitioner two copies of this order. Petitioner is ordered to make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

Dated this ___25___ day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE